## HIATT v. POWELL.

SUPREME COURT.—*Practice.*—*Bill of Exceptions.*—*New Trial.*—Where no question is raised upon the pleadings in a cause, if the bill of exceptions be not filed within the time prescribed by the court trying such cause, it forms no part of the record, and no question is presented to the Supreme Court, on appeal thereto.

From the Blackford Circuit Court.

*W. A. Bonham, J. Cantwell* and *W. H. Carroll*, for appellant.

*B. F. Williams*, for appellee.

BIDDLE, J.—In this cause, no question was raised upon the pleadings.

The case was tried on the 15th day of December, 1874. On the same day a motion for a new trial was made and

overruled, exceptions taken, judgment rendered and sixty days allowed to file a bill of exceptions. What purports to be a bill of exceptions was filed on the 1st day of April, 1875. Not having been filed in time, it is no part of the record; and there is, therefore, no question before us.

The judgment is affirmed, with costs.